UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bobby Green, | No. C 05-2085 WDB |
| Plaintiff, | ORDER REQUESTING DECISION REGARDING CONSENT OR REASSIGNMENT |
| v. | |
| Tenderloin Neighborhood Development Corporation, | |
| Defendant(s). | |

This case was randomly assigned at filing to the undersigned United States Magistrate Judge. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. section 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. On July 29, 2005, defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) - a potentially dispositive motion. In light of defendant's pending motion, the Court asks the parties to consider the attached "Consent to Assignment or Request for Reassignment," make an election, and e-file the consent or request for reassignment **by no later than August 13, 2005.**

IT IS SO ORDERED.

Dated: August 2, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB

1