1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bobby Green,

No. C  05-2085 WDB

Plaintiff,

ORDER FOLLOWING INITIAL CASE
MANAGEMENT CONFERENCE

v.

Tenderloin Neighborhood
Development Corporation,

Defendant(s).

_____/

On September 27, 2005, the Court conducted an Initial Case Management Conference in the above-referenced case.  For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

1.  **By December 16, 2005**, the parties must have taken the steps they believe are necessary to position the case for substantial settlement negotiations.  Toward this end, the Court encourages the parties to make additional disclosures, to share or develop information informally (e.g., through joint interviews of key witnesses), and to schedule and complete any 'core' discovery that is a necessary predicate for making reasonable settlement decisions.  As the parties have agreed to limit their discovery during the first stage of the proceedings to information essential to meaningful settlement negotiations, the court preserves the parties' full discovery and motion practice rights (should occasion arise later in the pretrial period to exercise those rights).

2.    This matter is referred to the ADR Department for a mediation.  The Court requests that the ADR Department generate and distribute to the parties a list of five neutrals with employment litigation expertise.[1]  The parties will then jointly select a neutral from this list to conduct their mediation. If the parties are unable, after meeting and conferring in good faith, to select a neutral from this list, they are permitted to contact the undersigned's chambers and request that a telephonic conference call be scheduled to discuss the matter.

3.  The Court requests that the mediator ultimately selected by the parties conduct a mediation during the **latter half of the month of December or the first half of the month of January.**

4.    **By January 30, 2006**, **at noon**, the parties must meet and confer and file a joint Case Management Conference Statement.  The statement must, at a minimum, contain the parties' proposed "stage two" discovery plan, proposed motion practice (if any), including anticipated dates for any proposed motions, and the parties' preference for the month in which trial should be held.

5. **On February 2, 2006, at 1:30 p.m.**, the Court will hold a telephonic further Case Management Conference.  Plaintiff's counsel must initiate the telephonic conference call, get defense counsel on the line, then call the Court's conference call line at (510) 637-3326.

IT IS SO ORDERED.

Dated:      September 28, 2005              ___/s/  Wayne D. Brazil_____
                                            WAYNE D. BRAZIL
                                            United States Magistrate Judge

Copies to:
Parties, WDB, stats
ADR.

---

[1]  If counsel have not received this list within two weeks of the date of the Initial Case Management Conference, they must contact Howard Herman of the ADR Department.